UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-38331 |
|---|---|
| MARJORIE M. GARDNER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3975298**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MARJORIE M. GARDNER<br>635 FAR HILLS AVE<br>APT 3<br>DAYTON, OH  45419 | 0.77 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/11/2009

Certificate of Service      05-38331

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARJORIE M. GARDNER
635 FAR HILLS AVE
APT 3
DAYTON, OH  45419

LEE HOHL
1839 EAST STROOP RD
KETTERING, OH  45429

(12.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(14.1n)
CAPITAL ONE AUTO FINANCE
% ASCENSION CAPITAL GROUP
BOX 201347
ARLINGTON, TX  76006

(13.1n)
HOUSEHOLD REALTY CORP
961 WEIGEL DRIVE
BOX 8606
ELMHURST, IL  60126

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs